UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

v.

E. CRUZ, et al.,

    Defendants.

No. 2:17-cv-2432 MCE KJN P

FINDINGS AND RECOMMENDATIONS

By an order filed November 27, 2017, plaintiff was ordered to file a completed in forma pauperis affidavit or pay the required fees, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.[1]

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

---

[1] Plaintiff filed an amended complaint on December 21, 2017, but did not comply with or address the November 27, 2017 order.

1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 11, 2018

/cw/blac2432.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE